```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SPIN MASTER LTD. and SPIN MASTER, INC,                            :
                                                                  :
                           Plaintiffs,                            :
                                                                  :       18-cv-1774 (LJL)
            -v-                                                   :
                                                                  :       ORDER
158, et al.                                                       :
                                                                  :
                           Defendants.                            :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     This case has been randomly reassigned to me for all purposes. The Court is in receipt of Plaintiffs' Certificate of Default from the Clerk's Office. Dkt. No. 78. It is hereby:

     ORDERED that Plaintiffs consult the Court's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-lewis-j-liman, and, pursuant to that document, file a Motion for Default Judgment on ECF. As specified in Attachment A to the Individual Practices, Plaintiffs should not proceed by order to show cause.

     Plaintiff shall file the motion by March 5, 2020.


     SO ORDERED.

Dated: February 20, 2020
       New York, New York
                                                         LEWIS J. LIMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020