USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SPIN MASTER LTD. and SPIN MASTER, INC, :
:
Plaintiffs, :
: 18-cv-1774 (LJL)
-v- :
: ORDER
158, et al. :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiffs' Motion for Default Judgment. Dkt. No. 80. It is hereby:

    ORDERED that the parties shall appear for a telephonic default judgment hearing on April 8, 2020 at 10:00 a.m. Parties are directed to call (888) 251-2909, Access Code 2123101, and to follow the necessary prompts. Defendants are on notice that if they fail to participate in the telephonic hearing default may be entered against them.

    Pursuant to Attachment A of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman), Plaintiffs are directed to serve on the parties against whom the default judgment is sought: (1) the motion for default judgment and supporting papers, and (2) this Order. Plaintiff must file proof of service electronically on ECF.

    SO ORDERED.

Dated: March 24, 2020
       New York, New York
                                                 LEWIS J. LIMAN
                                                 United States District Judge