```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
　:
SPIN MASTER LTD. and SPIN MASTER, INC.,　　:
　:
　　　　　　Plaintiffs,　:
　:　　18-cv-1774 (LJL)
　　-v-　　　　　　　　　　　　:
　:　　ORDER
158, et al.,　:
　:
　　　　　　Defendants.　:
　:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

　　Plaintiffs have submitted a motion for reconsideration of the Court's May 28, 2020 Opinion & Order that granted in part and denied in part the motion for default judgment. Dkt. No. 89; *see* Dkt. No. 90. In support of that motion, Plaintiffs assert they have received a supplemental production from ContextLogic that shows sales of Counterfeit Products into New York by certain Defaulting Defendants, which they allege would demonstrate personal jurisdiction over those defendants. *See* Dkt. No. 91 at 7.

　　Plaintiffs are directed to submit an affidavit setting forth any evidence from ContextLogic upon which they want the Court to rely. That affidavit should include the dates of such New York sales or alternatively, affirmation whether such sales occurred before or after the filing of the initial complaint on February 27, 2018.

　　SO ORDERED.

Dated: July 7, 2020　　　　　　　　　　　　_____
　　　　New York, New York　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge